# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| LULA MAE LONG | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:21-cv-00090-TSL-RPM |
| MANHATTAN NURSING AND REHABILITATION CENTER, INC., and JOHN DOES 1-20 | DEFENDANT |

## MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Defendant Manhattan Nursing and Rehabilitation Center, LLC[1] ("Manhattan") files this Motion to Compel Arbitration and Stay Proceedings. For the reasons more fully set forth in the accompanying memorandum of authorities, Manhattan respectfully requests that the Court order Plaintiff to submit her claims to binding arbitration and dismiss Plaintiff's claims against Manhattan with prejudice.

In support of this Motion, Manhattan submits the following exhibit, which is attached hereto:

Exhibit 1:   Arbitration Agreement

**WHEREFORE, PREMISES CONSIDERED,** Manhattan respectfully requests that the Court compel Plaintiff to submit her claims to binding arbitration and dismiss with prejudice the claims asserted by Plaintiff in this civil action.

---

[1] Manhattan Nursing and Rehabilitation Center, LLC is incorrectly named in the Complaint as "Manhattan Nursing and Rehabilitation Center, Inc."

57356800.v1

This 11th day of February 2021.

Respectfully submitted,

MANHATTAN NURSING AND
REHABILITATION CENTER, LLC

*/s/ Davis Frye*
W. Davis Frye (MB No. 10671)
Clay Gunn (MB No. 102920)
Caroline B. Smith (MB No. 105501)
BUTLER SNOW LLP
M̲ailing̲:  Post Office Box 6010
Ridgeland, Mississippi  39158-6010
P̲hysical̲:  1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi  39157
Tel.:  (601) 985-4277
Fax:  (601) 985-4500
Davis.Frye@butlersnow.com
Clay.Gunn@butlersnow.com
Caroline.Smith@butlersnow.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day the foregoing document was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on the following counsel of record:

> Ottowa E. Carter, Jr.
> OTTOWA E. CARTER, JR., P.A.
> 604 Highway 80 West, Suite N (39056)
> Post Office Box 31
> Clinton, Mississippi 39060-0031
> oec@ottowacarterlaw.com

**ATTORNEY FOR PLAINTIFF**

THIS the 11th day of February 2021.

*s/ Davis Frye*

2

57356800.v1